UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FREDERICK COLLAZO, JR., :
: Civil Action No. 13-159 (MAS)
Plaintiff, :
:
v. : MEMORANDUM ORDER
:
STATE OF NEW JERSEY, et al., :
:
Defendants. :

THIS MATTER comes before the Court by application filed by Plaintiff, Gerald White Hill, to re-open his case. (ECF No. 4.) It appears that:

1. On January 9, 2013, Plaintiff filed a Complaint without submitting the requisite filing fee or a complete application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) Consequently, this Court issued an Order on January 18, 2013, administratively terminating the action. Plaintiff was informed by the Order that he could re-open his case upon submission of the filing fee or a complete IFP application. (ECF No. 2.)

2. On February 11, 2013, Plaintiff submitted an IFP application as directed by the Court's January 18, 2013 Order. (ECF No. 4.)

3. On May 2, 2013, Plaintiff submitted an amended Complaint. (ECF No. 6.)

THEREFORE, IT IS ON THIS 16th day of June, 2014

ORDERED that the Clerk shall RE-OPEN the file in order for this Court to entertain Plaintiff's application to proceed *in forma pauperis* and, if same is granted, to screen the Complaint and amended Complaint for dismissal pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
United States District Judge